IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:09cr173-MHT |
| | ) | (WO) |
| **KAWASI WILSON** | ) | |

OPINION AND ORDER

Defendant Kawasi Wilson and the government have agreed that Wilson is eligible for relief under § 404(b) of the First Step Act and that his 188-month sentence should be reduced to 151 months. *See United States v. Wilson*, No. 2:09Ccr173-MHT, 2020 WL 4504697 (M.D. Ala. Aug. 5, 2020); *see also* Opinion and Order (doc. no. 48) at 5-6. Wilson previously sought a hearing on whether to reduce his sentence below 151 months based on the sentencing factors set forth in 18 U.S.C. § 3553(a), including evidence of post-sentencing rehabilitation. *Id.* at 6-7. The court ordered a resentencing hearing to be scheduled. *Id.* at 14.

Based on the representations made on the record by counsel for Wilson and the government today during a

pre-hearing telephone conference, the parties now agree on a reduced sentence of 151 months. Wilson no longer seeks a further reduction below 151 months. As such, there is no need to hold a resentencing hearing in this case.

Accordingly, it is ORDERED as follows:

(1) No resentencing hearing will be set in this case.

(2) Defendant Kawasi Wilson's previously imposed sentence of imprisonment of 188 months is reduced to 151 months.

DONE, this the 13th day of August, 2020.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**