IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:09cr173-MHT** |
| | ) | **(WO)** |
| **KAWASI WILSON** | ) | |

ORDER

By an order entered on August 14, 2020 (Doc. 57), the court stated: "[T]he probation department is to inform the court when defendant Kawasi Wilson has been released from incarceration, so that the court, probation, and counsel for the parties can discuss by telephone whether the conditions of supervision should be modified in light of defendant Wilson's release from prison without being placed in a halfway house."

Based on the representations made on the record during a conference call on August 16, 2022, and by agreement of the parties, it is ORDERED that the matters raised in the court's order (Doc. 57) are continued generally, pending resolution of the state

charges and potential federal charges discussed during the conference call.

DONE, this the 16th day of August, 2022.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**